UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-MC-81181-WM

MINALKUMAR PATEL,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

_____/

**ORDER REGARDING PENDING MOTIONS**
**AND ORDER SETTING HEARING**

THIS CAUSE is before the Court upon Movant Minalkumar Patel's ("Movant") six pending Motions and Memoranda of Law for Return of Seized Funds and Requests for Expedited Hearing ("Return of Seized Funds Motions"), Movant's six pending Motions and Supporting Memoranda of Law to Unseal Seizure Warrant Affidavits and Related Pleadings and Requests for Expedited Hearing ("Motions to Unseal"), and related pending motions to appear pro hac vice, filed on August 21, 2019. In order to expeditiously and fairly address Movant's pending motions, the Court orders as follows:

1. Movant's Counsel is **ORDERED** to forthwith email copies of its pending Return of Seizure Funds Motions and Motions to Unseal to AUSA Adrienne Rosen at Adrienne.Rosen@usdoj.gov.

2. All pending pro hac vice motions are hereby **DENIED** without prejudice. Movant's Counsel is **DIRECTED** to file one amended pro hac vice motion in this miscellaneous case, 19-MC-81181-WM. Once that amended pro hac vice motion is filed, the Court

1

will rule on that motion promptly.

3. Any counsel who intends to appear in this case shall promptly file a Notice of Appearance in this case, 19-MC-81181-WM.

4. Due to the alleged urgency of this matter, the Court intends to expedite briefing regarding this dispute and set an expedited hearing. Accordingly, the Court **DIRECTS** the Government to file written responses to the Return of Seizure Funds Motions and Motions to Unseal no later than 5:00 p.m. on Monday, August 26, 2019.

5. Further, it is hereby **ORDERED** that a hearing on all pending motions shall be held as follows:

DATE:     Tuesday, August 27, 2019
TIME:     1:30 P.M.
PLACE:    United States District Court
          701 Clematis Street
          West Palm Beach, Florida
          Courtroom: 6, Third Floor.

Counsel for the parties must appear in person at the hearing.

6. The Court directs Movant's counsel and counsel for the Government to forthwith confer by telephone in a good faith effort to resolve or limit this pending dispute. If the parties are successful in this effort, they shall promptly file a Joint Notice with the Court advising of any resolved issues prior to the scheduled hearing.

7. The Clerk is **DIRECTED** to forthwith email a copy of this Order to counsel for Movant, Richard Lubin, at Rich@lubinlaw.com; Robyn Lynn Sztyndor at RLS409@nyu.edu, and Steven H. Sadow at stevesadow@gmail.com; and to counsel for the Government, Assistant United States Attorney Adrienne Rosen at Adrienne.Rosen@usdoj.gov.

2

**DONE and ORDERED** in Chambers this _22nd_ day of August, 2019, at West Palm

Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3