UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-MC-81181-WM

(Seizure Warrant Nos.: 19-8323-WM, 19-8324-WM, 19-8325-WM; 19-8326-WM, 19-8327-WM; 19-8328-WM)

MINALKUMAR PATEL,

    Movant/Claimant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## VERIFIED CLAIM

Minalkumar Patel ("Patel") makes this Verified Claim for the following seized property:

(1) The specific property for which this verified claim is made are funds seized from bank accounts at BB&T and Chase Bank under the following seizure warrants: 19-8323-WM (BB&T-8788); 19-8324-WM (Chase-0736); 19-8325-WM (Chase-9308); 19-8326-WM (Chase-0957); 19-8327-WM (BB&T-0219); and 19-8328-WM (BB&T-0065). The seizure warrants are attached to this verified claim and incorporated as a part hereof as Exhibit A.

(2) Patel is the owner of each of the above-identified seized bank accounts and has a legal, equitable and possessory interest in the funds seized from each account.

1

## VERIFICATION

I declare under penalty of perjury that the foregoing Verified Claim is true and correct. Executed on August 27, 2019.

_____
Minalkumar Patel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2019, I personally served and emailed to counsel for Respondent AUSAs Adrienne Rosen at adrienne.rosen@usdoj.gov and Peter Laserna at peter.laserna@usdoj.gov the foregoing verified claim and conventionally filed same with the Clerk of Court.

RESPECTFULLY SUBMITTED,

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor
Florida Bar No.: 89253
*Local Counsel For Minalkumar Patel*
RLW LAW, P.A.
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
Tel.: 786-395-1824
Email: rls409@nyu.edu

2

# EXHIBIT A

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
The Contents of Account Number 0005244918788 ) Case No. 19-8323-WM
At BB&T Bank )
)
)

*Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida*
By Stephanie Paye, Deputy Clerk
Date 8-16-2019

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Florida_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The Contents of Account Number 0005244918788 at BB&T BANK.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _August 25, 2019_
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Duty Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _August 15, 2019_
_5:23 p.m._

_____William Matthewman_____
*Judge's signature*

City and state: Miami, Florida    William Matthewman, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
In Re: The contents of account ) Case No. 19-8324-WM
number 000003627210736 at Chase Bank. )
)
)

Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida By Stephanie Pays Deputy Clerk Date 8-16-2019

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Florida_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The contents of account number 000003627210736 at Chase Bank.
At the time of service of this warrant, Chase Bank shall provide the Government agent(s) who serve(s) it with a print out reflecting the current account balance, and freeze the account.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____August 25, 2019_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____DUTY_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __August 15, 2019__
5:24 p.m.                                      _____
                                                *Judge's signature*

City and state:   Miami, Florida          William Matthewman, United States Magistrate Judge
                                                *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
In Re: The contents of account )  Case No. 19-8325-WM
number 0000033679308 at Chase Bank. )
)



## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Florida_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The contents of account number 0000033679308 at Chase Bank.
At the time of service of this warrant, Chase Bank shall provide the Government agent(s) who serve(s) it with a print out reflecting the current account balance, and freeze the account.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  _____August 25, 2019_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____DUTY_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____August 15, 2019_____
5:26 p.m.                                         _____/s/ William Matthewman_____
                                                          *Judge's signature*

City and state: _____Miami, Florida_____         William Matthewman, United States Magistrate Judge
                                                         *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
In Re: The contents of account ) Case No. 19-8326-WM
number 000000756950957 at Chase Bank. )
)

*Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida*
By Stephanie Paya, Deputy Clerk
Date 8-16-2019

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the ___Southern___ District of ___Florida___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The contents of account number 000000756950957 at Chase Bank.
At the time of service of this warrant, Chase Bank shall provide the Government agent(s) who serve(s) it with a print out reflecting the current account balance, and freeze the account.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___August 25, 2019___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to ___DUTY___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___August 15, 2019 5:29 p.m.___

Judge's signature: *William Matthewman*

City and state: ___Miami, Florida___    ___William Matthewman, United States Magistrate Judge___
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida



In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
The Contents of Account Number 0005248710219 ) Case No. 19-8327-WM
in the name of Minalkumar Patel held At )
BB&T Bank. )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Florida_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The Contents of Account Number 0005248710219 in the name of Minalkumar Patel held At BB&T Bank.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___August 25, 2019___
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Duty Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___August 15, 2019 5:30 p.m.___    _____/s/ William Matthewman_____
Judge's signature

City and state:   Miami, Florida          William Matthewman, United States Magistrate Judge
Printed name and title

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The Contents of Account Number 0005248710065<br>in the name of Minalkumar Patel held<br>At BB&T Bank. | Case No.  19-8328-WM |

*Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida*
By _____ Deputy Clerk
Date 8/16/2019

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Florida_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
The Contents of Account Number 0005248710065 in the name of Minalkumar Patel held At BB&T Bank.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   August 25, 2019
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Duty Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  August 15, 2019
5:31 p.m.                          _____
                                   Judge's signature

City and state:  Miami, Florida           William Matthewman, United States Magistrate Judge
                                          *Printed name and title*