UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-mc-81181-WM

Minalkumar Patel, et al.

Plaintiff(s),

vs.

United States of America

Defendant(s).
_____/

FILED BY MEE D.C.

SEP 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Plaintiff's Hearing Exhibits DE [26]: 1

[ ] Attachments
(Exhibit list, Order of Court)

Signature: Jessica Cadwell
Print Name: JESSICA CADWELL
Agency or Firm: JCLSI, LLC (PARALEGAL)
Address: P.O. Box 1927, WPB, FL 33402

Exhibits Released by:

MARY ETIENNE
(Deputy Clerk)

Telephone: (561) 715-5887
Date: 09/18/2019

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record